ORIGINAL

ECF

FILED
APR 8 2005
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---X

DAFNA CONSTRUCTION CO., LTD.,

Plaintiff,

-against-

05- 456C

UNITED STATES OF AMERICA,

Defendant.

---X

**NOTICE OF DIRECTLY-RELATED CASE**

M A D A M :

Pursuant to RCFC 40.2 (a), plaintiff gives notice that this case is directly related to Dafna Construction Co., Ltd. v. United States of America, Case No. 03-1317C, currently pending in this Court and assigned to Judge George W. Miller. The earlier-filed case and this action are directly related because they involve the same parties and are based on similar claims for time extensions and related relief and involve the same contract. Assignment of this action to Judge Miller and consolidation with the earlier-filed case is likely to conserve judicial resources and to promote an efficient determination of the actions.

January 7, 2005

GOETZ FITZPATRICK LLP

By: ______________________
Carl A. Haberbusch (CH - 0774)
Attorneys for Plaintiff
One Penn Plaza, 44th floor
New York, New York 10119
Telephone: (212) 695-8100
Facsimile: (212) 629-4013

TO: NANCY M. KIM, ESQ.
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
8th Floor
Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 7th day of April, 2005, I caused to be served by Fedex a copy of NOTICE OF DIRECTLY-RELATED CASE as follows:

Nancy M. Kim, Esq.
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
8th Floor
Washington, D.C. 20530

Diane E. Schairer
Diane E. Schairer

W:\CHaberbusch\Dafna\USA\motions\Notice of DirectlyRelatedCase.wpd