IN THE UNITED STATES COURT OF FEDERAL CLAIMS

-----------------------------------------------------------------------X

DAFNA CONSTRUCTION CO., LTD.,

Plaintiff,

-against-

UNITED STATES OF AMERICA,

Defendant.

-----------------------------------------------------------------------X

Case No. 05-456

Judge George W. Miller

**PLAINTIFF'S UNOPPOSED MOTION TO CONSOLIDATE**

Plaintiff respectfully requests that pursuant to RCFC 42(a) this case be consolidated with Dafna Construction Co. v. United States, Case No. 03-1317C, currently pending in this Court and also assigned to Judge George W. Miller. Defendant's counsel has authorized us to state that defendant does not oppose this motion.

The parties to each action are identical, and the claims in each action arise under the same contract. Both actions involve common questions of law and fact. Indeed, the claims asserted in this action for a compensible time extension for the entire Project overlap the claims in Case No. 03-1317C for time extensions under prior contract modifications. The consolidation of these actions will promote judicial efficiency and will not prejudice any party herein.

For the foregoing reasons, we respectfully request that our motion be granted.

April 15, 2005

GOETZ FITZPATRICK LLP

By: s/Carl A. Haberbusch
Carl A. Haberbusch (CH - 0774)
Attorneys for Plaintiff
One Penn Plaza, 44th floor
New York, New York 10119
(212) 695-8100
(212) 629-4013 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this ____ day of April, 2005, I caused to be served by facsimile a copy of "PLAINTIFF'S UNOPPOSED MOTION TO CONSOLIDATE" addressed as follows:

Nancy M. Kim, Esq.
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, N.W.
8th Floor
Washington, D.C. 20530

______________________________
Diane E. Schairer

W:\CHaberbusch\Dafna\USA\motions\Plaintiffs Unopposed Motion to Consolidate.wpd3