# In the United States Court of Federal Claims

DAFNA CONSTRUCTION CO., LTD.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 05-456 C

Filed April 21, 2005

**ORDER**

The above-captioned case is electronic. In electronic cases, all papers other than initial pleadings are to be filed electronically. *See* General Order No. 42a, Interim Procedures for Electronic Case Filing.

On April 19, 2005, defendant filed a paper copy of a notice of attorney of record in the above-captioned case. Defendant corrected the defect by re-filing its notice electronically on April 21, 2005.

In consideration of the above, the Court directs the Clerk to return to defendant the paper copy of its April 19, 2005 notice.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge