# In the United States Court of Federal Claims

DAFNA CONSTRUCTION CO., LTD.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 05-456 C

Filed April 21, 2005

## ORDER

On April 15, 2005, pursuant to RCFC 42(a), plaintiffs file a Motion to Consolidate the above-captioned matter with *Dafna Construction Co. v. United States*, Case No. 03-1317C. Plaintiffs stated that the parties to each action are identical, the claims in each action arise under the same contract, and both actions involve common questions of law and fact.

In consideration of the above, and the fact that defendant does not oppose it, plaintiff's Motion to Consolidate is GRANTED. The Court ORDERS that the above-captioned matter be consolidated with Case No. 03-1317C; all future filing shall bear both docket numbers in the caption. As this case is currently designated as an electronic case on the United States Court of Federal Claims Case Management/Electronic Case Filing System ("CM/ECF System") and the case it is to be consolidated with, 03-1317C, is designated as a paper case, the Clerk of the Court shall, in order to facilitate the more efficient litigation of the consolidated cases, prospectively designate Case No. 03-1317C as an electronic case on the CM/ECF System effective Tuesday, April 26, 2005.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge